JS-6

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Carmin M. Hernandez, et al.,<br><br>Defendants. | CASE NO. 2:22-cv-06650-WDK-JCx<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CARMIN M. HERNANDEZ  [51] |
|---|---|

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and Defendant CARMIN M. HERNANDEZ, that the above-entitled action is hereby dismissed **with prejudice** against CARMIN M. HERNANDEZ *and in its entirety*.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced above shall bear its own attorneys' fees and costs.

///

///

ORDER GRANTING
STIPULATION OF DISMISSAL
Case No. 2:22-cv-06650-WDK-JC
PAGE 1

1  **IT IS SO ORDERED**:

3  *[signature]*

4  _____  Dated: October 27, 2023

**The Honorable William D. Keller**
**United States District Court**
**Central District of California**
**CASE NO. 2:22-cv-06650-WDK-JCx**

///

///

///

///

///

///

///

///

///

///

///

///

///

**ORDER GRANTING STIPULATION OF DISMISSAL**
Case No. 2:22-cv-06650-WDK-JC
PAGE 2